UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE OLVERA GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:26-CV-07544-KES-FJS<br><br>ORDER GRANTING PARTIES' STIPULATION FOR EXTENSION OF TIME FOR COUNTER-DEFENDANT TO RESPOND TO AMENDED COUNTERCLAIM<br><br>(ECF No. 7) |
| NISSAN NORTH AMERICA, INC.,<br><br>Counter-Claimant<br><br>v.<br><br>GUADALUPE OLVERA GONZALEZ, an individual,<br><br>Counter-Defendant | |

The Parties filed a joint stipulation to extend the time for counter-defendant Guadalupe Olvera Gonzalez to respond to the amended counterclaim (ECF No. 6). (*See* ECF No. 7.) The instant stipulation is the parties' first stipulated extension of time to respond to the amended counterclaim, extends time for fewer than twenty-eight (28) days, and is signed on behalf of all parties who have appeared and are affected. See L.R. 143, 144(a).

Based on the parties' stipulation, and for good cause appearing, the court HEREBY ORDERS as follows:

(1) Counter-defendant Guadalupe Olvera Gonzalez SHALL have up to and including November 5, 2026, to answer or otherwise respond to the amended counterclaim (ECF No. 6); and

(2) All other dates and deadlines in this action remain unchanged.

IT IS SO ORDERED.

Dated: **October 29, 2026**

UNITED STATES MAGISTRATE JUDGE