UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE OLVERA GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:26-CV-07544-KES-FJS<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9) |
| NISSAN NORTH AMERICA, INC.,<br><br>Counter-Claimant<br><br>v.<br><br>GUADALUPE OLVERA GONZALEZ, an individual,<br><br>Counter-Defendant | |

The court is in receipt of the parties' notice of settlement of the matter (ECF No. 9). *See* L.R. 160. The parties indicate they expect to file a stipulation of dismissal with prejudice as to the entire action within ninety (90) days of this notice. (ECF No. 9 at 2.)

Pursuant to Local Rule 160, the court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). The parties state that there are attorneys' fees, costs, and expenses that remain outstanding. (ECF No. 9 at 2.) The court does not find that these outstanding expenses alone support an additional sixty-nine (69) days to file a notice of dismissal. (*Id.*) The court will set a deadline for filing dispositional documents that complies with the local rules. If additional time is needed, the parties may submit a motion to extend that proffers good cause.

The parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance but rather settlement of the action.

Accordingly, it is HEREBY ORDERED that the parties SHALL file their notice of dismissal as of the entire action with prejudice no later than November 27, 2026. Pursuant to the notice, the court FURTHER ORDERS that all pending matters and dates in this action are VACATED.

IT IS SO ORDERED.

Dated: **November 6, 2026**

UNITED STATES MAGISTRATE JUDGE